IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY ATKINS LINEBAUGH,

Petitioner,

v.

SHARON BLACKETTER,

Respondent.

Civil No. 04-1252-AS

ORDER

ASHMANSKAS, Magistrate Judge.

IT IS ORDERED that Petitioner's unopposed Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus Without Prejudice (#   ) is GRANTED.

IT IS SO ORDERED.

DATED this __10th__ day of November, 2005.

          /s/ Donald C. Ashmanskas
            Donald C. Ashmanskas
            United States Magistrate Judge